UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

LUIGI E. AIELLO and
JOSHUA SCOLMAN,

    Plaintiffs,

                           Case No. 13-cv-562

v.

KELLI WEST
CATHY A. JESS, and
PAUL LUDVIGSON,

    Defendants.

## ORDER FOR DISMISSAL & RETAINED JURISDICTION

  The Court, having reviewed the parties' Stipulation for Dismissal, and good cause appearing therefor, hereby orders the following:

  (1) The Plaintiff's claims regarding cancellation of weekly Shabbat services are hereby dismissed with prejudice and on the merits;

  (2) The Plaintiff's claims regarding requests for a Seder Plate pursuant to DAI Policy 309.61.03 are dismissed without prejudice;

  (3) The Plaintiff shall be entitled to recover from the Defendants all costs incurred by the Plaintiff in litigating this matter, in the amount of $392.12. The State shall pay the above amount within fourteen (14) days of entry of the Order of Dismissal;

  (4) There shall be no award of attorney's fees to any party; and

(5) The Western District of Wisconsin shall retain jurisdiction over this matter for the purpose of enforcing the terms of the Settlement Agreement, as necessary.

Dated this 15th day of February, 2017.

_____
The Honorable Judge William M. Conley